# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel., | : | Case No. 3:08 cv 00455 |
| FREBCO, INC., et al. | : | Judge Thomas Rose |
| | : | Magistrate Sharon Ovington |
| Plaintiffs, | : | |
| | : | |
| v. | : | **CONSENT ORDER, DECREE AND** |
| | : | **JUDGMENT ENTRY; TERMINATION** |
| DORSEY CONSTRUCTION | : | **ENTRY** |
| COMPANY, et al. | : | |

_____

This matter is before the Court pursuant to the joint request of Plaintiff Frebco, Inc. ("Frebco") and Defendant Dorsey Construction Company ("Dorsey") for the purpose of entering agreed orders, decrees and judgment, in, and for the termination of, the above-captioned cause. Being duly advised in the premises, for good cause shown, and upon agreement and consent of the parties,

**IT IS HEREBY ORDERED, DECREED AND ADJUDGED** as follows:

Frebco is granted a judgment against Dorsey (i) in the principal amount of $24,815.11, plus interest from March 28, 2008 at the rate of 18% per annum until the judgment is paid in full, and (ii) for attorneys' fees of $10,836.00 and costs of $350.00, for a total of $11,186.00, under the Ohio Prompt Pay Act, Section 4113.61 of the Ohio Revised Code.

Except to the extent resolved by this Consent Order, the above-captioned action, and all claims which have been or might have been asserted herein, by or against any party to this action are dismissed without prejudice.  Each party shall bear his or its own costs of this action as incurred.

ENTERED this Twenty-Sixth day of March, 2009

**s/Thomas M. Rose**
_____
Judge Thomas M. Rose
United States District Judge

REVIEWED, AGREED UPON AND
CONSENTED TO BY:


/s/ Richard K. Stovall
Richard K. Stovall (0029978)
Lisa L. Norris (0061550)
ALLEN KUEHNLE STOVALL & NEUMAN LLP
21 West Broad Street, Suite 400
Columbus, Ohio 43215
614/221-8550
614/221-5988 Fax
stovall@aksnlaw.com
norris@aksnlaw.com
Attorneys for Dorsey Construction Company


/s/ Richard L. Carr, Jr.
Richard L. Carr, Jr. (0003180)
Donald B. Rineer (0071511)
DUNLEVEY, MAHAN & FURRY
110 North Main Street, Suite 1000
Dayton, Ohio 45402-1738
937/223-6003
937/223-8550 Fax
rlc@dmfdayton.com
dbr@dmfdayton.com
Attorneys for Plaintiffs